**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, d/b/a BALBOA CAPITAL CORPORATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>FLORAL EMPORIUM, INC., et al.,<br><br>                    Defendants. | Case No. SA CV 24-1599 FMO (DFMx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Default Judgment ("Order"), IT IS ADJUDGED that:

1. Judgment shall be entered in favor of plaintiff Ameris Bank and against defendants Floral Emporium, Inc. and Lorie Ann Vinci.

2. Defendants, who are jointly and severally liable, shall pay plaintiff the total amount of $98,023.09, plus prejudgment interest at a rate of 10% per annum.

3. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 15th day of October, 2024.

                                                                            /s/
                                                              Fernando M. Olguin
                                                              United States District Judge